IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:25-cv-22143-BECERRA

HONG KONG LEYUZHEN TECHNOLOGY
CO. LIMITED,

    Plaintiff,

v.

THE INDIVIDUALS, CORPORATIONS,
LIMITED LIABILITY COMPANIES,
PARTNERSHIPS AND UNINCORPORATED
ASSOCIATIONS IDENTIFIED IN
SCHEDULE "A,"

    Defendants.
_____/

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL
ONLY AS TO DEFENDANTS NUMBER 5, 8, 9, 14, 15, 23, 25, 27, 36, 37, 38, AND 40
WITHOUT PREJUDICE**

TO THE COURT AND ALL INTERESTED PARTIES:

PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff Hong Kong Leyuzhen Technology Co. Limited voluntarily dismisses *only* Defendant Number 5 MOJICK Seller ID A3LI8RLL84XB8N, Defendant Number 8 air-SMART Seller ID A3R3Y931W8YB1Y, Defendant Number 9 rebehaolee Seller ID A1CQMR9JR2DUL5, Defendant Number 14 DAILSA Seller ID A2576EBPPF0P1F, Defendant Number 15 EOPUING Seller ID A3JI9HRLNVZSIU, Defendant Number 23 FoveNK Seller ID A36JPWSV8DA1D3, Defendant Number 25 Maymallhill Seller ID A2CMKR8PBX8UTO, Defendant Number 27 HGps8w Seller ID A1XDYM0Y8GAG92, Defendant Number 36 DDUNDD Seller ID A26M2SW353AWIJ, Defendant Number 37 JYS_TRD Seller ID A29GGWLJCI1YJY,

1

NOTICE OF VOLUNTARY DISMISSAL ONLY AS TO    Case No. 1:25-cv-22143-JB
DEFENDANTS 5, 8, 9, 14, 15, 23, 25, 27, 36, 37, 38, AND 40

Defendant Number 38 BOGURST Seller ID A191WQ5EYYBPC1, and Defendant Number 40 Yundily Seller ID A3UMVWHILRXBOG as listed in Schedule A to the Complaint with prejudice.

DATED: November 17, 2025               Respectfully submitted,

By: /s/ William R. Brees
William R. Brees (FL Bar No. 98886)
**BAYRAMOGLU LAW OFFICES LLC**
1540 West Warm Springs Road, Suite 100
Henderson, NV 89014
Tel: (702) 462-5973 | Fax: (702) 553-3404
William@bayramoglu-legal.com
*Attorney for Plaintiff*

**CERTIFICATE OF SERVICE**

      I hereby certify that on the 17th day of November 2025, I electronically filed the foregoing document with the clerk of the court for the U.S. District Court, Northern District of Illinois, Eastern Division, using the electronic case filing system. The electronic case filing system sent a "Notice of Electronic Filing" to the attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means. Notice of this filing is provided to unrepresented parties for whom contact information has been provided via email and distributed to ecommerce platform, Amazon.

      Respectfully submitted,

By: */s/ William R. Brees*
William R. Brees (FL Bar No. 98886)
**BAYRAMOGLU LAW OFFICES LLC**
1540 West Warm Springs Road, Suite 100
Henderson, NV 89014
Tel: (702) 462-5973 Fax: (702) 553-3404
William@bayramoglu-legal.com
*Attorneys for Plaintiff*